IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALENA WEDDLE                    :            CIVIL ACTION
                                :
        v.                      :
                                :
TEVA PHARMACEUTICALS USA, INC., :            NO. 19-5477
et al.

ORDER

AND NOW, this 3rd day of February, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of the plaintiff Alena Weddle to remand this action to the Court of Common Pleas of Philadelphia County is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                        J.